1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5
   Attorney for Plaintiff Ann Burridge
6

7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
10

11  ANN BURRIDGE,                    )   CASE NO. CV 15-3960-DFM
                                     )
12                                   )
        Plaintiff,                   )   [~~PROPOSED~~] ORDER
13                                   )   AWARDING ATTORNEY'S
        v.                           )   FEES AND COSTS PURSUANT
14                                   )   TO THE EQUAL ACCESS TO
                                     )   JUSTICE ACT, 28 U.S.C.
15  CAROLYN W. COLVIN,               )   § 2412(d), AND COURT COSTS
    ACTING COMMISSIONER OF           )   PURSUANT TO
16  SOCIAL SECURITY,                 )   28 U.S.C. § 1920
                                     )
17      Defendant.                   )
                                     )
18  _____ )

19
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20
    IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to
21
    Justice Act in the amount of FOUR-THOUSAND SIX-HUNDRED DOLLARS
22
    and NO CENTS ($4,600.00), as authorized by 28 U.S.C. § 2412(d), and Court
23
    costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant
24
    to 28 U.S.C. § 1920, subject to the terms of the Stipulation.
25
    Dated: July 25, 2016
26
                          _____
27                        HONORABLE DOUGLAS F. McCORMICK
                          UNITED STATES MAGISTRATE JUDGE
28

                                      1